1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
         Federal Building Suite 7516
5        300 North Los Angeles Street
         Los Angeles, California
6        Tel. 213 894-6117
         FAX:  213 894-7819
7        Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES, ,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CV 08-2204 CW<br><br>**ORDER FOR SENTENCE 4 REMAND** |

The Court hereby approves the parties' stipulation for remand and, accordingly, this case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: Jan. 22, 2009

_____/S/_____
CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-