**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| MARIA V. MORALES, | ) | No. CV 08-2204 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING ATTORNEY'S FEES |
| v. | ) | UNDER EQUAL ACCESS TO JUSTICE |
| | ) | ACT ("EAJA") |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded the following sum, as full settlement of Plaintiff's Notice of Motion and Motion for an Award of Attorney's Fees and Expenses under the EAJA, in the amount of two thousand nine hundred ninety-eight dollars and eighty-six cents ($2,998.86), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

    IT IS SO ORDERED.

DATED: April 13, 2010

                                                  CARLA M. WOEHRLE
                                            United States Magistrate Judge